**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:      John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 98.109.18.35,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-14082-SDW-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 98.109.18.35 are voluntarily dismissed with prejudice.

DATED: November 26, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**THE ATKIN FIRM, LLC**

　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　*Strike 3 Holdings, LLC*

　　　　　　　　　　　　　　　*/s/ John C. Atkin, Esq.*
　　　　　　　　　　　　　　　John C. Atkin, Esq.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *John C. Atkin*
        John C. Atkin, Esq.